UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD LEE HURLEY,<br><br>                Petitioner,<br><br>    v.<br><br>JASON BENNETT,<br><br>                Respondent. | CASE NO. 3:23-cv-06091-TL-BAT<br><br>**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

Petitioner has filed a federal habeas petition under 28 U.S.C. § 2254, and an application to proceed *in forma pauperis* (IFP). The Court GRANTS Petitioner's IFP application, Dkt.3. The Clerk is directed to file petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk shall also provide a copy of this Order to petitioner.

DATED this 26th day of December, 2023.

                                                          _____
                                                          BRIAN A. TSUCHIDA
                                                          United States Magistrate Judge