# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

RICHARD LEE HURLEY,

           Petitioner,

  v.

JASON BENNETT,

           Respondent.

CASE NO. 3:23-cv-06091-TL-BAT

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge and the remaining record, and no objections having been received, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The habeas petition is DISMISSED with prejudice. Issuance of a Certificate of Appealability is DENIED.

(3) The Clerk shall provide the parties with a copy of this Order.

Dated this 8th day of March, 2024.

Tana Lin
United States District Judge

ORDER OF DISMISSAL - 1